**Order entered January 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01296-CR

### SRINIVAS EADHA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-83015-2015**

## ORDER

Appellant, who was convicted of sexual assault, filed his brief on December 27, 2018. In the brief, he uses the name of the victim. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identify any victim either generically ("victim" or "complaining witness") or by initials only, including when quoting portions of the record.

We **DIRECT** the Clerk to send copies of this order to Mitchell Nolte and the Collin County District Attorney's Office.


/s/     LANA MYERS
            JUSTICE